**Writ of Habeas Corpus Dismissed, Opinion issued September 20, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01239-CV

## IN RE WILLIAM THOMAS BEANE, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. W05-50820-V(A)**

## MEMORANDUM OPINION

Before Justices Morris, Richter, and Lang-Miers
Opinion by Justice Morris

Before the Court is relator's "motion for permission to file a second or successive writ of habeas corpus petition." The facts and issues are well known to the parties, so we need not recount them herein. This Court has no jurisdiction over habeas corpus proceedings in which the relator seeks relief from a felony judgment after final conviction. *See* TEX. CODE CRIM. PROC. ANN. Art. 11.07 (West Supp. 2010). Accordingly, we **DISMISS** relator's petition for a writ of habeas corpus for want of jurisdiction.

JOSEPH B. MORRIS
JUSTICE

121239F.P05